IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| KENYONA EUBANKS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:20-cv-01253-JPS |
| vs. | ) ) | Judge J.P. Stadtmueller |
| AURORA HEALTH CARE, INC., | ) ) | Magistrate Judge Nancy Joseph |
| Defendant. | ) ) | |

**JOINT MOTION TO RESCHEDULE FINAL APPROVAL DEADLINE AND CONVERT THE FAIRNESS HEARING TO A STATUS CONFERENCE**

Plaintiff, Kenyona Eubanks, and Defendant, Aurora Health Care, Inc. (collectively "the Parties"), by and through their undersigned attorneys, hereby respectfully move to stay the deadline for Plaintiff's Motion for Final Approval of the Settlement and convert the Fairness Hearing scheduled for November 17, 2022 to a status conference. In support, the Parties state as follows:

1. On August 14, 2020, Plaintiff filed a putative class and collective action complaint on behalf of current and former hourly employees of Defendant alleging violations of the Fair Labor Standards Act, 29 U.S.C. 201 *et seq*. ("FLSA") and Chapter 109 of the Wisconsin Statutes. (Dkt. No. 1).

2. On May 31, 2022, Plaintiff filed an Unopposed Motion for Preliminary Approval of the Parties' Collective and Class Action Settlement ("Motion for Preliminary Approval"). (Dkt. No. 25).

3. On July 25, 2022, the Court granted the Motion for Preliminary Approval. (Dkt. No. 27).

1

4. On August 15, 2022, the Settlement Administrator mailed the Class Notice.

5. After the mailing of the Class Notice, Plaintiffs' counsel received an inquiry from a former employee of Defendant questioning why the Class Notice was not mailed to her.

6. On August 22, 2022, Plaintiffs' counsel raised the issue with Defendant's counsel who re-reviewed the data for the individual and identified issues with respect to the list of persons who were mailed a Class Notice.

7. On or about September 26, 2022, Defense counsel informed Plaintiffs' counsel that the former employee should have been included on the class list and that there were issues with the data previously provided by Defendant, which Defendant was in the process of investigating.

8. The Parties have met and conferred on the issue as Defendant continues its investigation.

9. The Parties endeavor to jointly reach resolution and propose a recommended path forward.

10. To do so, however, the Parties will need additional time for Defendant to complete its investigation so that the Parties fully understand the source and scope of the issue and propose a solution.

11. Plaintiffs' Motion for Final Approval of the Parties' Collective and Class Action Settlement ("Motion for Final Approval") is currently due on October 28, 2022. (*See* Dkt. No. 27).

12. The Fairness Hearing is scheduled for November 17, 2022.

13. In light of the above, the Parties respectfully request the Court (1) stay the deadline to file the Motion for Final Approval and (2) convert the November 17, 2022 Fairness Hearing

into a status conference. At that time, the Parties' goal is to provide the Court with a more detailed explanation of the issue and to discuss steps for resolution.

14. The Parties regret the need for delay and do not bring this motion lightly. Rather, the Parties bring this motion in good faith and in an effort to ensure the integrity of the settlement.

WHEREFORE, for all of the reasons stated above, the parties jointly request the Court stay the deadline to file the Motion for Final Approval and convert the November 17, 2022 Fairness Hearing to a status conference, and grant any additional relief deemed just and appropriate.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Thomas M. Ryan | /s/ Julia S. Wolf |
| One of Plaintiffs' Attorneys | One of Defendant's Attorneys |
| | |
| James X. Bormes | Jeffrey L. Rudd |
| Catherine P. Sons | Julia S. Wolf |
| Law Office of James X. Bormes, P.C. | Jackson Lewis P.C. |
| 8 South Michigan Avenue, Suite 2600 | 150 N. Michigan Ave., Suite 2500 |
| Chicago, Illinois 60603 | Chicago, Illinois 60601 |
| (312) 201-0575 | (312) 787-4949 |
| jxbormes@bormeslaw.com | Jeffrey.Rudd@jacksonlewis.com |
| cpsons@bormeslaw.com | Julia.Wolf@jacksonlewis.com |
| | |
| Patrick J. Schott | Mitchell W. Quick |
| Schott, Bublitz & Engle, S.C. | Elizabeth A. Odian |
| 640 W. Moreland Boulevard | Michael Best & Friedrich LLP |
| Waukesha, WI 53188 | 790 N. Water Street, Suite 2500 |
| (262) 827-1700 | Milwaukee, WI 53202 |
| pschott@sbe-law.com | (414) 225-2755 |
| | mwquick@michaelbest.com |
| Thomas M. Ryan | eaodian@michaelbest.com |
| Law Office of Thomas M. Ryan, P.C. | |
| 35 E. Wacker Drive, Suite 2600 | |
| Chicago, Illinois 60601 | |
| (312) 726-3400 | |
| tom@tomryanlaw.com | |