IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KENYONA EUBANKS, individually and on behalf of a class and collective of persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>AURORA HEALTH CARE, INC.,<br><br>        Defendant. | No. 2:20-cv-01253-JPS |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' AMENDED COLLECTIVE AND CLASS ACTION SETTLEMENT

Plaintiff Kenyona Eubanks ("Named Plaintiff"), individually and on behalf of all others similarly situated, pursuant to Section 201 *et seq.* of the Fair Labor Standards Act ("FLSA") and Rule 23 of the Federal Rules of Civil Procedure, for her unopposed Motion for Preliminary Approval of the Parties' Amended Collective and Class Action Settlement, states as follows:

1. This case involves class and collective action claims for unpaid overtime brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* and Chapter 109 of the Wisconsin Statutes.

2. The parties have reached a non-reversionary $8,750,000 settlement involving a class of approximately 38,797 individuals.

3. As set forth in the accompanying Memorandum in Support of this Motion, the settlement is a fair, reasonable and adequate settlement and reasonable resolution of a *bona fide* dispute under the FLSA and Wisconsin law. Accordingly, this Court should approve this settlement.

Dated:  December 6, 2022					Respectfully submitted,

							/s/ James X. Bormes
							One of Plaintiff's attorneys


James X. Bormes					Thomas M. Ryan
Catherine P. Sons					Law Office of Thomas M. Ryan, P.C.
Law Office of James X. Bormes, P.C.			35 East Wacker Drive
8 South Michigan Avenue				Suite 650
Suite 2600						Chicago, Illinois 60601
Chicago, Illinois 60603				312-726-3400
312-201-0575

Patrick J. Schott
Schott, Bublitz & Engle, S.C.
640 West Moreland Boulevard
Waukesha, WI 53188
(262) 827-1700
pschott@sbe-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2022, I caused the attached Motion for Preliminary Approval of the Parties' Amended Collective and Class Action Settlement and the Memorandum in support thereof to be filed with the Eastern District of Wisconsin via the CM/ECF system which will provide notice of same to the attorneys of record:

Jeffrey L. Rudd
Kirsten A. Milton
Julia S. Wolf
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel: (312) 787-4949
Jeffrey.Rudd@jacksonlewis.com
Kirsten.Milton@jacksonlewis.com
Julia.Wolf@jacksonlewis.com


Mitchell W. Quick
Elizabeth A. Odian
Michael Best & Friedrich LLP
790 N Water Street, Suite 2500 Milwaukee, WI 53202
Tel: 414.225.2755
mwquick@michaelbest.com
eaodian@michaelbest.com


                                /s/ James X. Bormes
                                One of Plaintiff's Attorneys