IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KENYONA EUBANKS, individually and on behalf of a class and collective of persons similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>AURORA HEALTH CARE, INC.,<br><br>              Defendant. | No. 2:20-cv-01253-JPS |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE
PARTIES' AMENDED COLLECTIVE AND CLASS ACTION SETTLEMENT**

Plaintiff Kenyona Eubanks ("Named Plaintiff"), individually and on behalf of all others similarly situated, pursuant to 29 U.S.C. §216(b) and Rule 23 of the Federal Rules of Civil Procedure, for her unopposed Motion for Final Approval of the Parties' Collective and Class Action Settlement, states as follows:

1. This case involves class and collective action claims for unpaid overtime brought under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA") and Chapter 109 of the Wisconsin Statutes.

2. The parties reached a non-reversionary $8,750,000 settlement involving a class of approximately 38,797 individuals.

3. On December 29, 2022, the Court granted preliminary approval of the Parties' amended class and collective action settlement under the FLSA and Wisconsin state law. (ECF No. 34). In its December 29, 2022 Order granting preliminary approval of the settlement, the Court preliminarily found that the settlement is a fair, reasonable, and adequate resolution of a

1

bona fide dispute under the FLSA and state wage and hour law and that it meets the requirements of Federal Rule of Civil Procedure 23(a) and (b)(3) and 29 U.S.C. § 216(b). (ECF No. 34 at 3).

4. After preliminary approval, the claims administrator issued notice via direct U.S. mail and by website. Of the 38,797 individuals who were eligible to participate in the settlement, three (3) Settlement Class Members objected to the Settlement and 176 individuals requested to exclude themselves from it (i.e., 00.45% of the Settlement Class Members).

5. As set forth in the accompanying Brief in Support of this Motion, the settlement is a fair, reasonable and adequate settlement and reasonable resolution of a *bona fide* dispute under the FLSA and Wisconsin law.

6. Accordingly, Plaintiff respectfully requests that this Honorable Court grant final approval of the Amended Settlement Agreement (ECF No. 32-1) and such other relief that the Honorable Court deems appropriate.

Dated: March 23, 2023                       Respectfully submitted,

/s/ Thomas M. Ryan
One of Plaintiff's attorneys

James X. Bormes
Catherine P. Sons
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, Illinois 60603
(312) 201-0575
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

Patrick J. Schott
Schott, Bublitz & Engle, S.C.
640 West Moreland Boulevard
Waukesha, WI 53188
(262) 827-1700
pschott@sbe-law.com

Thomas M. Ryan
Law Office of Thomas M. Ryan, P.C.
35 East Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 726-3400
tom@tomryanlaw.com

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing Plaintiff's Motion and Brief for Final Approval of the Parties' Amended Class and Collective Action Settlement to be filed and served on March 23, 2023 upon the following individuals via the Court's CM/ECF electronic filing system:

Mitchell W. Quick
Elizabeth A. Odian
Michael Best & Friedrich LLP
790 N Water Street, Suite 2500
Milwaukee, WI 53202
Tel: 414.225.2755
mwquick@michaelbest.com
eaodian@michaelbest.com

Jeffrey L. Rudd
Kirsten A. Milton
Julia S. Wolf
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
(312) 787-4949
Jeffrey.Rudd@jacksonlewis.com
Kirsten.Milton@jacksonlewis.com
Julia.Wolf@jacksonlewis.com

            /s/ Thomas M. Ryan

4881-9366-6393, v. 1